**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| **CONTROL SYNC SYSTEMS, LLC,** | C.A. No. 2:25-cv-00896 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **SONY ELECTRONICS INC.,** | **PATENT CASE** |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Control Sync Systems, LLC files this Original Complaint for Patent Infringement against Sony Electronics Inc. and would respectfully show the Court as follows:

### I.  THE PARTIES

1.    Plaintiff Control Sync Systems, LLC ("CSS" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste 500, Cheyenne, WY 82001.

2.    On information and belief, Defendant Sony Electronics Inc. ("Sony" or "Defendant") is a Delaware corporation with a regular and established places of business at 2800 Central Expressway, Plano, Texas 75074 and 3333 Preston Road #00200, Frisco, Texas 75034. Defendant has a registered agent at Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

### II.  JURISDICTION AND VENUE

3.    This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

1

4.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 2800 Central Expressway, Plano, Texas 75074 and 3333 Preston Road #00200, Frisco, Texas 75034.

5.      Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within Texas.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas. Defendant has committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

6.      Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in Texas and in this District at 2800 Central Expressway, Plano, Texas 75074 and 3333 Preston Road #00200, Frisco, Texas 75034.  On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

7.      For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 7,812,889)

8.      Plaintiff incorporates the above paragraphs herein by reference.

9.     On October 12, 2010, United States Patent No. 7,812,889 ("the '889 Patent") was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '889 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10.     CSS is the assignee of all right, title, and interest in the '889 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '889 Patent.  Accordingly, CSS possesses the exclusive right and standing to prosecute the present action for infringement of the '889 Patent by Defendant.

11.     The '889 Patent relates to the field of control systems and more particularly to a control system for controlling video and audio parameters of a display device and a play device synchronously.  (Ex. A at 1:8-11).  The '889 Patent describes a technical problem with controlling a system comprising two media devices.

12.     For example, there is a system comprising a display device (such as a television or projector) and a play device (such as a DVD player).  (*Id.* at 1:13-17).  The display device has image display module and a sound display module for displaying images and sound respectively.  (*Id.* at 1:17-20).  The play device uses a module to process video data and audio data so that the display device displays and generates the corresponding images and sound, which are controlled by video and audio parameters. (*Id.* at 1:21-25).  Both the play device and display device have on screen display ("OSD") systems.  (*Id.* at 1:26-28).  A user can input a first OSD signal through a remote control for the display device or use a button on the casing of the display device to control the video and audio parameters of the display device.  (*Id.* at 1:34-39).  A user can also input a second OSD signal through a separate remote control for the play device or through a button on the casing of the play device to control the video and audio parameters of the display device.  (*Id.* at 1:29-33).

13.    Separate OSD systems for the display device and play device often annoys the user. (*Id.* at 1:40-41).  For example, a user may have difficulty controlling the sound in a system of a display device and play device.  (*Id.* at 1:41-43).  For example, after turning on a projector and a DVD player, the user may feel the sound is too loud.  (*Id.*).  The user sends the second OSD signal to the OSD system of the DVD play device through the remote control of the DVD play device, which results in the sound of the DVD play device being lowered.  (*Id.* at 1:43-46).  However, if the user feels the sound is still too loud, then the user realizes that it is the sound of the projector play device that is too loud.  (*Id.* at 1:46-48).  So the user then uses the remote control of the projector play device to input the first OSD signal to finally lower the sound of the projector.  (*Id.* at 1:50-51).  It is therefore really inconvenient and troublesome for a user to pass through multiple steps using multiple remote controls to get the sound that the user seeks.  (*Id.* at 1:52-54).  The inventors therefore sought to create a control system for controlling video and audio parameters of a display device and a play device to solve the problem.  (*Id.* at 1:55-58).

14.    **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claims 1, 2, and 10 of the '889 Patent in Texas, this District and elsewhere in the United States. As shown below, Defendant makes, uses, sells and/or offers to sell a control system used for controlling video and audio parameters of a display device and a play device, the display device receiving video and audio data from the play device to display and generate corresponding images and sound, the video and audio parameters controlling the images and sound that infringes claim 1.  For the purposes of demonstrating the infringement, Plaintiff uses Defendant's BRAVIA XR 75" Class Z9K television as an exemplary device; however, the analysis is equally applicable to the use of Defendant's other BRAVIA Sync products.

15.    Sony provides a BRAVIA XR 75" Class Z9K, a TV ("display device") that features BRAVIA Sync ("control system"). BRAVIA Sync is based on HDMI-CEC technology which enables connected CEC compatible devices ("play device") such as a DVD player, Blu-ray player, and AV receiver to communicate with each other over HDMI cable. A single remote control of the TV is utilized to control video playback such as play/pause ("video and audio parameters") for both the TV and the CEC compatible device. The connected CEC compatible device such as DVD player, Blu-ray player, and AV receiver transmits the video signals to the TV ("the display device receiving video and audio data from the play device to display and generate corresponding images and sound").



(https://electronics.sony.com/tv-video/televisions/all-tvs/p/xr75z9k).[1]

---

[1] Red boxes, lines, and text annotations are added to the images.



([https://electronics.sony.com/tv-video/televisions/all-tvs/p/xr75z9k](https://electronics.sony.com/tv-video/televisions/all-tvs/p/xr75z9k)).



([https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_01.html](https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_01.html)).

## Adjusting BRAVIA Sync settings

When BRAVIA Sync is set up, you will be able to turn off a connected device with the TV or set a device connected via HDMI cable to be operated with the TV's remote control.

**1**  **Turn on the connected device.**

**2**  **To enable [BRAVIA Sync control], press the  ⚙ (Quick Settings) button on the remote control, then select [Settings] — [Channels & Inputs] — [External inputs] — [BRAVIA Sync settings] — [BRAVIA Sync control].**

**3**  **Activate BRAVIA Sync on the connected device.**
     **When a specific Sony BRAVIA Sync-compatible device is connected and powered on and [BRAVIA Sync control] is enabled, BRAVIA Sync is automatically activated on that device. For details, refer to the instruction manual of the connected device.**

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_03.html).

### BRAVIA Sync (HDMI-CEC) overview and troubleshooting information

Applicable Products and Categories of This Article ▼

**BRAVIA™ Sync**, **BRAVIA Link**, and **CONTROL for HDMI** are names of the HDMI-CEC feature on Sony products. The HDMI-CEC (Consumer Electronics Control) is a HDMI® standard that provides control functions between different A/V devices such as TVs, home theater systems, Blu-ray Disc™ players, Cameras, Camcorders, and other HDMI devices. It allows you to control CEC compatible devices with one remote control.

Basic commands supported include:

- Power On/Off (Device auto power off and TV auto power on)
- Volume control
- Device menu control
- Basic playback functions
- Utilize two-way audio transfer with eARC/ARC (Enhanced Audio Return Channel/Audio Return Channel) to send/receive audio between the TV and audio system (A/V Receiver or Soundbar).

(https://www.sony.com/electronics/support/articles/00161073).

## BRAVIA Sync connections

Here are some points to remember when connecting a **BRAVIA Sync** control system:

- In order for the system to function, all devices connected must compatible with the HDMI-CEC standard.
- The HDMI-CEC standard supports:

  - 1 - TV
  - 1 - Audio system (A/V Receiver or Soundbar)
  - Up to 3 - Playback devices
  - Up to 3 - Recording devices
  - Up to 4 - Tuner devices

(https://www.sony.com/electronics/support/articles/00161073).

## Using features available for BRAVIA Sync-compatible devices

To operate BRAVIA Sync-compatible devices from the TV, use the INPUT or ⊕(Input) button on the remote control to select the device you want to operate.

### Blu-ray/DVD player

- Automatically turns the TV on and switches the input to the connected Blu-ray/DVD player when the Blu-ray/DVD player starts to play.
- Automatically turns the connected Blu-ray/DVD player off when you turn the TV off.
- Allows operations such as menu operation and playback with the ▲ (Up) / ▼ (Down) / ◀ (Left) / ▶ (Right) buttons on the TV remote control.

### AV receiver

- Automatically turns the connected AV receiver on and switches the sound output from the TV speaker to the audio system when you turn the TV on. This function is only available if you have previously used the AV receiver to output the TV's sound.
- Automatically switches the sound output to the AV receiver by turning the AV receiver on when the TV is turned on.
- Automatically turns the connected AV receiver off when you turn the TV off.
- Adjusts the volume (VOL or ◁ (Volume) +/- buttons) and mutes the sound ( MUTE or ⊠ (Mute) button) of the connected AV receiver through the TV's remote control.

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_02.html).

## CEC 13    CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-22 of 97).

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** - Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7    Deck Control

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message. It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

([https://www.hdmi.org/requestform/clickrequestasync?docId=16](https://www.hdmi.org/requestform/clickrequestasync?docId=16), Page CEC-33 of 97).



*CEC Figure 17 A typical scenario for the Deck Control feature*

([https://www.hdmi.org/requestform/clickrequestasync?docId=16](https://www.hdmi.org/requestform/clickrequestasync?docId=16), Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).



(https://www.youtube.com/watch?v=JrbU2maxk2, at 0:14).

16.    Defendant makes, uses, sells and/or offers to sell a control system comprising an on screen display (OSD) system of the display device disposed in the display device for receiving a first OSD signal from external of the display device.  For example, the BRAVIA XR 75" Class Z9K TV ("display device") receives playback and volume signals ("first OSD signal") from the TV's remote control ("external of the display device").

10



(https://electronics.sony.com/tv-video/televisions/all-tvs/p/xr75z9k).



(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_01.html).

## Adjusting BRAVIA Sync settings

When BRAVIA Sync is set up, you will be able to turn off a connected device with the TV or set a device connected via HDMI cable to be operated with the TV's remote control.

1. **Turn on the connected device.**

2. **To enable [BRAVIA Sync control], press the ⚙ (Quick Settings) button on the remote control, then select [Settings] — [Channels & Inputs] — [External inputs] — [BRAVIA Sync settings] — [BRAVIA Sync control].**

3. **Activate BRAVIA Sync on the connected device.**
   **When a specific Sony BRAVIA Sync-compatible device is connected and powered on and [BRAVIA Sync control] is enabled, BRAVIA Sync is automatically activated on that device. For details, refer to the instruction manual of the connected device.**

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_03.html).

BRAVIA Sync (HDMI-CEC) overview and troubleshooting information

Applicable Products and Categories of This Article ▼

**BRAVIA™ Sync**, **BRAVIA Link**, and **CONTROL for HDMI** are names of the HDMI-CEC feature on Sony products. The HDMI-CEC (Consumer Electronics Control) is a HDMI® standard that provides control functions between different A/V devices such as TVs, home theater systems, Blu-ray Disc™ players, Cameras, Camcorders, and other HDMI devices. It allows you to control CEC compatible devices with one remote control.

Basic commands supported include:

- Power On/Off (Device auto power off and TV auto power on)
- Volume control
- Device menu control
- Basic playback functions
- Utilize two-way audio transfer with eARC/ARC (Enhanced Audio Return Channel/Audio Return Channel) to send/receive audio between the TV and audio system (A/V Receiver or Soundbar).

(https://www.sony.com/electronics/support/articles/00161073).

BRAVIA Sync connections

Here are some points to remember when connecting a **BRAVIA Sync** control system:

- In order for the system to function, all devices connected must compatible with the HDMI-CEC standard.
- The HDMI-CEC standard supports:
  - 1 - TV
  - 1 - Audio system (A/V Receiver or Soundbar)
  - Up to 3 - Playback devices
  - Up to 3 - Recording devices
  - Up to 4 - Tuner devices

(https://www.sony.com/electronics/support/articles/00161073).

## Using features available for BRAVIA Sync-compatible devices

To operate BRAVIA Sync-compatible devices from the TV, use the INPUT or ⊸⊙ (Input) button on the remote control to select the device you want to operate.

### Blu-ray/DVD player

- Automatically turns the TV on and switches the input to the connected Blu-ray/DVD player when the Blu-ray/DVD player starts to play.
- Automatically turns the connected Blu-ray/DVD player off when you turn the TV off.
- Allows operations such as menu operation and playback with the ▲ (Up) / ▼ (Down) / ◀ (Left) / ▶ (Right) buttons on the TV remote control.

### AV receiver

- Automatically turns the connected AV receiver on and switches the sound output from the TV speaker to the audio system when you turn the TV on. This function is only available if you have previously used the AV receiver to output the TV's sound.
- Automatically switches the sound output to the AV receiver by turning the AV receiver on when the TV is turned on.
- Automatically turns the connected AV receiver off when you turn the TV off.
- Adjusts the volume (VOL or ◁ (Volume) +/- buttons) and mutes the sound ( MUTE or ⊠ (Mute) button) of the connected AV receiver through the TV's remote control.

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_02.html).

## CEC 13    CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-22 of 97).

### CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

13

## CEC 3.2      Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7      Deck Control

### CEC 13.7.1      Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2      Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).

14



*CEC Figure 17 A typical scenario for the Deck Control feature*

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).



(https://www.youtube.com/watch?v=JrbU2maxk2, at 0:14).

17.    Defendant makes, uses, sells and/or offers to sell a control system comprising an encoding/decoding module of the display device disposed in the display device for encoding the first OSD signal received by the OSD system into a first data signal.  For example, the TV's remote control sends control commands such as play or pause to control the playback of the connected CEC compatible device, such as DVD player, Blu-ray player, and AV receiver, on the TV ("display device"). The TV receives the play command ("first OSD signal") and sends it to the connected CEC compatible device. The play command sent to the connected CEC compatible device controls its playback. Since the play command is sent from the remote control, received by the TV, and then sent to the connected CEC compatible device to control its playback, it would be apparent for a person having ordinary skills in the art that the TV includes an encoding/decoding module that encodes the received play command ("first OSD signal") into a play command that controls the playback of the CEC compatible device ("first data signal").




(https://electronics.sony.com/tv-video/televisions/all-tvs/p/xr75z9k).

## BRAVIA Sync overview

If a BRAVIA Sync-compatible device (e.g., Blu-ray player, AV receiver) is connected with an HDMI cable, you can operate the device with the TV's remote control.


display device

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_01.html).

## Adjusting BRAVIA Sync settings

When BRAVIA Sync is set up, you will be able to turn off a connected device with the TV or set a device connected via HDMI cable to be operated with the TV's remote control.

1. **Turn on the connected device.**

2. **To enable [BRAVIA Sync control], press the** ⚙ **(Quick Settings) button on the remote control, then select [Settings] — [Channels & Inputs] — [External inputs] — [BRAVIA Sync settings] — [BRAVIA Sync control].**

3. **Activate BRAVIA Sync on the connected device.**
   **When a specific Sony BRAVIA Sync-compatible device is connected and powered on and [BRAVIA Sync control] is enabled, BRAVIA Sync is automatically activated on that device. For details, refer to the instruction manual of the connected device.**

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_03.html).

BRAVIA Sync (HDMI-CEC) overview and troubleshooting information

Applicable Products and Categories of This Article ▾

**BRAVIA™ Sync**, **BRAVIA Link**, and **CONTROL for HDMI** are names of the HDMI-CEC feature on Sony products. The HDMI-CEC (Consumer Electronics Control) is a HDMI® standard that provides control functions between different A/V devices such as TVs, home theater systems, Blu-ray Disc™ players, Cameras, Camcorders, and other HDMI devices. It allows you to control CEC compatible devices with one remote control.

Basic commands supported include:

- Power On/Off (Device auto power off and TV auto power on)
- Volume control
- Device menu control
- Basic playback functions
- Utilize two-way audio transfer with eARC/ARC (Enhanced Audio Return Channel/Audio Return Channel) to send/receive audio between the TV and audio system (A/V Receiver or Soundbar).

(https://www.sony.com/electronics/support/articles/00161073).

BRAVIA Sync connections

Here are some points to remember when connecting a **BRAVIA Sync** control system:

- In order for the system to function, all devices connected must compatible with the HDMI-CEC standard.
- The HDMI-CEC standard supports:
  - 1 - TV
  - 1 - Audio system (A/V Receiver or Soundbar)
  - Up to 3 - Playback devices
  - Up to 3 - Recording devices
  - Up to 4 - Tuner devices

(https://www.sony.com/electronics/support/articles/00161073).

## Using features available for BRAVIA Sync-compatible devices

To operate BRAVIA Sync-compatible devices from the TV, use the INPUT or ⊕ (Input) button on the remote control to select the device you want to operate.

### Blu-ray/DVD player

- Automatically turns the TV on and switches the input to the connected Blu-ray/DVD player when the Blu-ray/DVD player starts to play.
- Automatically turns the connected Blu-ray/DVD player off when you turn the TV off.
- Allows operations such as menu operation and playback with the ▲ (Up) / ▼ (Down) / ◀ (Left) / ▶ (Right) buttons on the TV remote control.

### AV receiver

- Automatically turns the connected AV receiver on and switches the sound output from the TV speaker to the audio system when you turn the TV on. This function is only available if you have previously used the AV receiver to output the TV's sound.
- Automatically switches the sound output to the AV receiver by turning the AV receiver on when the TV is turned on.
- Automatically turns the connected AV receiver off when you turn the TV off.
- Adjusts the volume (VOL or ◁ (Volume) +/- buttons) and mutes the sound ( MUTE or ⊿ (Mute) button) of the connected AV receiver through the TV's remote control.

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_02.html).

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 3.2    Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7    Deck Control

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message. It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).

*CEC Figure 17 A typical scenario for the Deck Control feature*

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*Id.*).

18.     Defendant makes, uses, sells and/or offers to sell a control system comprising a bus connected to the display device for sending the first data signal out of the display device and transmitting the first data signal to the play device. For example, the BRAVIA XR 75" Class Z9K TV ("display device") includes BRAVIA Sync that enables the connection with the CEC compatible device, such as a DVD player, Blu-ray player, and AV receiver through the HDMI cable ("bus"). The HDMI cables are used for sending control commands such as play to the connected CEC compatible device ("play device").



([https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_01.html](https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_01.html)).



([https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_03.html](https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_03.html)).



([https://www.sony.com/electronics/support/articles/00161073](https://www.sony.com/electronics/support/articles/00161073)).

## BRAVIA Sync connections

Here are some points to remember when connecting a **BRAVIA Sync** control system:

- In order for the system to function, all devices connected must compatible with the HDMI-CEC standard.
- The HDMI-CEC standard supports:
  - 1 - TV
  - 1 - Audio system (A/V Receiver or Soundbar)
  - Up to 3 - Playback devices
  - Up to 3 - Recording devices
  - Up to 4 - Tuner devices

(https://www.sony.com/electronics/support/articles/00161073).

## Using features available for BRAVIA Sync-compatible devices

To operate BRAVIA Sync-compatible devices from the TV, use the INPUT or ⊕ (Input) button on the remote control to select the device you want to operate.

### Blu-ray/DVD player

- Automatically turns the TV on and switches the input to the connected Blu-ray/DVD player when the Blu-ray/DVD player starts to play.
- Automatically turns the connected Blu-ray/DVD player off when you turn the TV off.
- Allows operations such as menu operation and playback with the ▲ (Up) / ▼ (Down) / ◀ (Left) / ▶ (Right) buttons on the TV remote control.

### AV receiver

- Automatically turns the connected AV receiver on and switches the sound output from the TV speaker to the audio system when you turn the TV on. This function is only available if you have previously used the AV receiver to output the TV's sound.
- Automatically switches the sound output to the AV receiver by turning the AV receiver on when the TV is turned on.
- Automatically turns the connected AV receiver off when you turn the TV off.
- Adjusts the volume (VOL or ◁ (Volume) +/- buttons) and mutes the sound ( MUTE or ⋈ (Mute) button) of the connected AV receiver through the TV's remote control.

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_02.html).

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 3.2    Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7    Deck Control

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).



CEC Figure 17 A typical scenario for the Deck Control feature

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

19.    Defendant makes, uses, sells and/or offers to sell a control system wherein the display device receives the first OSD signal to control the video and audio parameters of the display device, the play device is decoding the first data signal received from the bus to control the video and audio parameters of the play device.  For example, the TV's remote control sends control commands such as play to control the playback of the connected CEC compatible device, such as a DVD player, Blu-ray player, and AV receiver, on the TV ("display device"). The TV receives the play command ("first OSD signal") and the playback of the TV gets controlled. Further, the play command sends to the connected CEC compatible device ("playback device") to control its playback. Since, the play command is sent from the remote control, received by the TV, controls the playback of the TV, and then sent to the connected CEC compatible device to control its playback, therefore, upon information and belief, the connected CEC compatible device decodes the play command to control its playback such as play/pause ("video and audio parameters").



(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_01.html).

## Adjusting BRAVIA Sync settings

When BRAVIA Sync is set up, you will be able to turn off a connected device with the TV or set a device connected via HDMI cable to be operated with the TV's remote control.

1   **Turn on the connected device.**

2   **To enable [BRAVIA Sync control], press the ⚙ (Quick Settings) button on the remote control, then select [Settings] — [Channels & Inputs] — [External inputs] — [BRAVIA Sync settings] — [BRAVIA Sync control].**

3   **Activate BRAVIA Sync on the connected device.**
    **When a specific Sony BRAVIA Sync-compatible device is connected and powered on and [BRAVIA Sync control] is enabled, BRAVIA Sync is automatically activated on that device. For details, refer to the instruction manual of the connected device.**

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_03.html).

## BRAVIA Sync (HDMI-CEC) overview and troubleshooting information

Applicable Products and Categories of This Article ▼

**BRAVIA™ Sync, BRAVIA Link,** and **CONTROL for HDMI** are names of the HDMI-CEC feature on Sony products. The HDMI-CEC (Consumer Electronics Control) is a HDMI® standard that provides control functions between different A/V devices such as TVs, home theater systems, Blu-ray Disc™ players, Cameras, Camcorders, and other HDMI devices. It allows you to control CEC compatible devices with one remote control.

Basic commands supported include:

- Power On/Off (Device auto power off and TV auto power on)
- Volume control
- Device menu control
- Basic playback functions
- Utilize two-way audio transfer with eARC/ARC (Enhanced Audio Return Channel/Audio Return Channel) to send/receive audio between the TV and audio system (A/V Receiver or Soundbar).

(https://www.sony.com/electronics/support/articles/00161073).

## BRAVIA Sync connections

Here are some points to remember when connecting a **BRAVIA Sync** control system:

- In order for the system to function, all devices connected must compatible with the HDMI-CEC standard.
- The HDMI-CEC standard supports:
    - 1 - TV
    - 1 - Audio system (A/V Receiver or Soundbar)
    - Up to 3 - Playback devices
    - Up to 3 - Recording devices
    - Up to 4 - Tuner devices

(https://www.sony.com/electronics/support/articles/00161073).

## Using features available for BRAVIA Sync-compatible devices

To operate BRAVIA Sync-compatible devices from the TV, use the INPUT or ⊷ (Input) button on the remote control to select the device you want to operate.

### Blu-ray/DVD player

- Automatically turns the TV on and switches the input to the connected Blu-ray/DVD player when the Blu-ray/DVD player starts to play.
- Automatically turns the connected Blu-ray/DVD player off when you turn the TV off.
- Allows operations such as menu operation and playback with the ▲ (Up) / ▼ (Down) / ◀ (Left) / ▶ (Right) buttons on the TV remote control.

### AV receiver

- Automatically turns the connected AV receiver on and switches the sound output from the TV speaker to the audio system when you turn the TV on. This function is only available if you have previously used the AV receiver to output the TV's sound.
- Automatically switches the sound output to the AV receiver by turning the AV receiver on when the TV is turned on.
- Automatically turns the connected AV receiver off when you turn the TV off.
- Adjusts the volume (VOL or ◿ (Volume) +/- buttons) and mutes the sound ( MUTE or ⓧ (Mute) button) of the connected AV receiver through the TV's remote control.

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_02.html).

## CEC 3.1     End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 3.2      Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7      Deck Control

### CEC 13.7.1      Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2      Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).



*CEC Figure 17 A typical scenario for the Deck Control feature*

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

20.    Defendant makes, uses, sells and/or offers to sell a control system in which the first OSD signal is sent by a first remote controller.  For example, the BRAVIA XR 75" Class Z9K TV includes an on-screen display (OSD) used to receive playback and volume signals ("first OSD signal") from the TV's remote control.

30

 

(https://electronics.sony.com/tv-video/televisions/all-tvs/p/xr75z9k).

## BRAVIA Sync overview

If a BRAVIA Sync-compatible device (e.g., Blu-ray player, AV receiver) is connected with an HDMI cable, you can operate the device with the TV's remote control.



display device

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_01.html).

## Adjusting BRAVIA Sync settings

When BRAVIA Sync is set up, you will be able to turn off a connected device with the TV or set a device connected via HDMI cable to be operated with the TV's remote control.

1 **Turn on the connected device.**

2 **To enable [BRAVIA Sync control], press the ⚙ (Quick Settings) button on the remote control, then select [Settings] — [Channels & Inputs] — [External inputs] — [BRAVIA Sync settings] — [BRAVIA Sync control].**

3 **Activate BRAVIA Sync on the connected device.**
**When a specific Sony BRAVIA Sync-compatible device is connected and powered on and [BRAVIA Sync control] is enabled, BRAVIA Sync is automatically activated on that device. For details, refer to the instruction manual of the connected device.**

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_03.html).

BRAVIA Sync (HDMI-CEC) overview and troubleshooting information

Applicable Products and Categories of This Article ▼

**BRAVIA™ Sync**, **BRAVIA Link**, and **CONTROL for HDMI** are names of the HDMI-CEC feature on Sony products. The HDMI-CEC (Consumer Electronics Control) is a HDMI® standard that provides control functions between different A/V devices such as TVs, home theater systems, Blu-ray Disc™ players, Cameras, Camcorders, and other HDMI devices. It allows you to control CEC compatible devices with one remote control.

Basic commands supported include:

- Power On/Off (Device auto power off and TV auto power on)
- Volume control
- Device menu control
- Basic playback functions
- Utilize two-way audio transfer with eARC/ARC (Enhanced Audio Return Channel/Audio Return Channel) to send/receive audio between the TV and audio system (A/V Receiver or Soundbar).

(https://www.sony.com/electronics/support/articles/00161073).

## Using features available for BRAVIA Sync-compatible devices

To operate BRAVIA Sync-compatible devices from the TV, use the INPUT or ⊕ (Input) button on the remote control to select the device you want to operate.

### Blu-ray/DVD player

- Automatically turns the TV on and switches the input to the connected Blu-ray/DVD player when the Blu-ray/DVD player starts to play.
- Automatically turns the connected Blu-ray/DVD player off when you turn the TV off.
- Allows operations such as menu operation and playback with the ▲ (Up) / ▼ (Down) / ◀ (Left) / ▶ (Right) buttons on the TV remote control.

### AV receiver

- Automatically turns the connected AV receiver on and switches the sound output from the TV speaker to the audio system when you turn the TV on. This function is only available if you have previously used the AV receiver to output the TV's sound.
- Automatically switches the sound output to the AV receiver by turning the AV receiver on when the TV is turned on.
- Automatically turns the connected AV receiver off when you turn the TV off.
- Adjusts the volume (VOL or ◿ (Volume) +/- buttons) and mutes the sound ( MUTE or ⋈ (Mute) button) of the connected AV receiver through the TV's remote control.

(https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_02.html).

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7    Deck Control

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).



*CEC Figure 17 A typical scenario for the Deck Control feature*

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

21.    Defendant makes, uses, sells and/or offers to sell a control system in which the display device is a television.  For example, the BRAVIA XR 75" Class Z9K ("display device") is a TV.



(https://electronics.sony.com/tv-video/televisions/all-tvs/p/xr75z9k).

### BRAVIA Sync overview

If a BRAVIA Sync-compatible device (e.g., Blu-ray player, AV receiver) is connected with an HDMI cable, you can operate the device with the TV's remote control.



display device

([https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_01.html](https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_01.html)).

### Adjusting BRAVIA Sync settings

When BRAVIA Sync is set up, you will be able to turn off a connected device with the TV or set a device connected via HDMI cable to be operated with the TV's remote control.

**1**  Turn on the connected device.

**2**  To enable [BRAVIA Sync control], press the ⚙ (Quick Settings) button on the remote control, then select [Settings] — [Channels & Inputs] — [External inputs] — [BRAVIA Sync settings] — [BRAVIA Sync control].

**3**  Activate BRAVIA Sync on the connected device.
When a specific Sony BRAVIA Sync-compatible device is connected and powered on and [BRAVIA Sync control] is enabled, BRAVIA Sync is automatically activated on that device. For details, refer to the instruction manual of the connected device.

([https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_03.html](https://helpguide.sony.net/tv/jusltn1/v1/en-003/04-07_03.html)).

  22. Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '889 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

  23. On information and belief, Defendant will continue its infringement unless preliminarily and permanently enjoined by the Court. Each and all of the Defendant's infringing

conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

## V.  **JURY DEMAND**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.   Judgment that claims 1, 2, and 10 of United States Patent No. 7,812,889 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.   Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.   That Defendant be preliminarily and permanently enjoined from any further activity or conduct that infringes;

d.   That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.   That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

August 27, 2025                              Respectfully Submitted,

                                             */s/ Steven G. Kalberg*
                                             David R. Bennett (IL Bar No.: 6244214)
                                             Steven G. Kalberg (IL Bar No.: 6336131)
                                             *(Admitted to the United States District Court for*
                                             *the Eastern Distrct of Texas)*
                                             DIRECTION IP LAW
                                             P.O. Box 14184
                                             Chicago, Illinois 60614-0184

Telephone: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Attorneys for Plaintiff*
*Control Sync Systems, LLC*